UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ex rel. CHERYL D. ECKARD<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC., SB PHARMCO PUERTO RICO, INC. AND ROCHE HOLDING AG,<br>Defendants. | Civil Action No. 04-CV-10375-JLT<br><br>**FILED UNDER SEAL** |

## NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

In its Order dated June 28, 2007, the Court indicated that the Government must make its intervention decision on or before July 13, 2007. The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

          PETER D. KEISLER
          Assistant Attorney General

          MICHAEL J. SULLIVAN
          United States Attorney

By: /s/ Sara Miron Bloom /JCB
          Sara Miron Bloom
          Assistant U.S. Attorney
          Suite 9200, One Courthouse Way
          Boston, MA 02210

/s/ Tracy L. Hilmer /JCB
Joyce R. Branda
Patricia R. Davis
Tracy L. Hilmer
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261

Ben Franklin Station
Washington, D.C. 20044
Telephone: (202)307-0474

Dated:  July 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, a copy of the foregoing Notice Of The United States That It Is Not Intervening At This Time was served by first-class mail, postage prepaid, upon the following as counsel to Relator:

Neil V. Getnick, Esq.
Lesley Ann Skillen, Esq.
Getnick & Getnick
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Jennifer C. Boal,
Assistant U.S. Attorney