UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | * | |
| ex. rel. CHERYL D. ECKARD | * | |
| | * | |
| v. | * | Civil Action No. 04-10375-JLT |
| | * | |
| SMITHKLINEBEECHAM CORP. | * | |
| D/B/A GLAXOSMITHKLINE, | * | |
| SB PHARMCO PUERTO RICO, INC., | * | |
| GLAXOSMITHKLINE PUERTO | * | |
| RICO, INC., | * | |
| and HOFFMAN -LA ROCHE, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 17, 2007

TAURO, J.

This court hereby orders:

1) Relator's Ex Parte Motion for Leave to File a Second Amended Complaint [#29] is ALLOWED.

2) The United States having not intervened in this action, it is further ordered that:

   a) The Complaint, Amended Complaint, and forthcoming Second Amended Complaint shall be unsealed.

   b) The Second Amended Complaint shall be served upon the Defendants by the Relator by August 31, 2007.

   c) All other contents of the court's file in this action shall remain under seal and are not to be made public or served upon the Defendants, except for this Order, and the Notice of the United States that it is not Intervening at

        <u>this Time</u> [#31], which the relator will serve upon the Defendants only after service of the Second Amended Complaint.

d)     The seal is lifted as to all other matters occurring in this action after the date of this Order.

e)     The Parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

f)     The Parties shall serve all notices of appeal upon the United States.

g)     All orders of this court will be sent to the United States.

h)     Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro  
                                         United States District Judge