UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ex rel. CHERYL D. ECKARD,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC., GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN -LA ROCHE, INC.,<br><br>Defendants. | Civil Action No. 04-CV-10375-JLT |

**GLAXOSMITHKLINE'ASSENTED TO EMERGENCY MOTION TO SEAL**

SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), by and through its attorneys, with the assent of the United States and Relator, respectfully submits this Emergency Motion to Seal. In particular, GSK asks the Court to seal all documents unsealed pursuant to paragraph 2 of its July 17, 2007 Order, and to seal until further order of the Court all other proceedings occurring in this matter.

On July 13, 2007, the government filed a Notice of the United States That It Is Not Intervening At This Time, pursuant to this Court's Order dated June 28, 2007, which required the government to decide whether to proceed with the action. On July 17, 2007, the Court issued an Order allowing the Relator's Ex Parte Motion for Leave to File a Second Amended Complaint, and in paragraph 2, unsealing certain documents on file with the court as well as future matters in this action.

As set forth in Notice of the United States That It Is Not Intervening At This Time filed July 13, 2007, the government's decision not to intervene in this action was predicated on the fact that its investigation was ongoing and, thus, the government was not in a position to make its intervention determination within the time mandated by the Court. Indeed, the government continues actively to investigate this matter. GSK has been cooperating with the government throughout its investigation in an effort to resolve this matter prior to the commencement of active litigation. Although the investigation has yet to result in a resolution of this matter, such an outcome is desired by both GSK and the government.

Accordingly, GSK requests that this Court seal all documents that are currently, or will be, filed in this matter. To unseal the proceedings at this time will force the parties to commence active litigation, thus potentially interfering with the government's ability to conduct a thorough investigation and distracting the government and GSK from their joint effort to resolve this matter. Moreover, unsealing this matter will inevitably cause GSK substantial harm in the marketplace that may otherwise be avoided depending on the disposition of the government's investigation. Finally, maintaining the confidentiality of this matter will result in no harm to the Relator. Rather, the Relator will potentially avoid the burdens of proceeding with litigation and an uncertain outcome.

GSK respectfully submits that the interests of justice would be best served by maintaining the confidentiality of these proceedings by preserving the seal for all papers filed in this matter for a time deemed reasonable by the Court.

## CONCLUSION

For all of the foregoing reasons, GSK's Assented to Emergency Motion to Seal should be granted.

Respectfully submitted,
SMITHKLINE BEECHAM CORPORATION
d/b/a/ GLAXOSMITHKLINE

By:  /s/ Geoffrey E. Hobart____
Geoffrey E. Hobart
BBO #547499
Matthew J. O'Connor
BBO #631259
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
202-662-5281

Dated: July 20, 2007

Certificate of Service

I, Geoffrey E. Hobart, hereby certify that, on July 20, 2007, I caused copies of this pleading to be mailed by first-class mail to the following, as counsel to the United States and to the Relator:

Sara M. Bloom
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3265
Fax: 617-748-3971
Email: sara.bloom@usdoj.gov

Lesley A. Skillen
Getnick & Getnick
620 5th Avenue Frnt 4
New York, NY 10020-2402

　　　　　　　　　　　　　　　　　　　　　____/S/ Geoffrey E. Hobart____