UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ex rel. CHERYL D. ECKARD<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITH KLINE, SB PHARMCO PUERTO RICO, INC., GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN LA-ROCHE, INC.,<br><br>Defendants. | Civil Action No. 04-CV–10375-JLT |

UNITED STATES' ASSENTED TO APPLICATION
FOR A STAY OF CIVIL PROCEEDINGS

The United States of America ("United States" or the "Government"), by its undersigned counsel, respectfully petitions the Court for an order granting a stay of the above-captioned civil proceedings against the Defendants, SmithKlineBeecham Corp., d/b/a GlaxoSmithKline ("GSK"), SB Pharmco Puerto Rico, GlaxoSmithKline Puerto Rico, Inc.[1] and Hoffman La-Roche, Inc. ("Roche"), until sixty (60) days after the completion of the criminal investigation by the United States Attorney's Office for the District of Massachusetts. The United States seeks a stay of the civil proceedings in this case to avoid prejudice to an ongoing criminal investigation that is directly related to the allegations in the instant qui tam action and to simultaneously prevent potentially inefficient and unnecessary litigation and expenditure of judicial resources.

---

[1] Both Defendants SB Pharmco Puerto Rico and GlaxoSmithKline Puerto Rico, Inc. are wholly-owned subsidiaries of GSK. As such, all references herein to "GSK," incorporate these entities by reference.

Relator and defendants, GSK and Roche, assent to the application for a stay and agree that a stay is in the best interests of all parties. As set forth in greater detail in the accompanying supporting Memorandum of Points and Authorities[2], the United States continues to investigate the matter. Defendant GSK has indicated a desire to present its view of the facts to the United States and to seek to resolve the allegations if at all possible. Defendant Roche has only recently been made aware of the allegations of the <u>qui tam</u> complaint and the ongoing investigation and needs additional time to assess its responsibility, if any, in the alleged wrongdoing. The Relator supports the Government's stay request in the interest of avoiding likely unnecessary litigation and allowing the Government to move forward in its investigation.

Accordingly, the Government requests a stay of all civil proceedings until sixty (60) days after the criminal investigation has been completed. The United States proposes informing the Court of the progress of the ongoing investigation via status reports to be submitted every ninety (90) days.

---

[2]The United States is serving the relator and defendants with copies of this Application and Proposed Order, but not a copy of the accompanying Memorandum, as that document contains privileged and sensitive information regarding an ongoing investigation and, as such, will be filed under seal. <u>See</u> 31 U.S.C. 3730(b)(3).

       Respectfully, submitted,

            PETER D. KEISLER
            Assistant Attorney General

            MICHAEL J. SULLIVAN
            United States Attorney


By:    s/ SHANNON KELLEY
       Shannon Kelley
       Sara Miron Bloom
       Assistant U.S. Attorneys
       Suite 9200, One Courthouse Way
       Boston, MA 02210
       Telephone: (617) 748-3100

Dated:   August 24, 2007

CERTIFICATION OF SERVICE

       This is to certify that a true and correct copy of the foregoing document was served by first-class mail, this 24th day of August, 2007, on:

Counsel for the relator:

| | |
|---|---|
| Lesley Ann Skillen, Esq | |
| Neil V. Getnick, Esq.. | Scott Tucker, Esq. |
| Getnick & Getnick | Tucker, Heifetz & Saltzman, LLP |
| Rockefeller Center | 100 Franklin Street, Suite 801 |
| 620 Fifth Avenue | Boston, MA 02110 |
| New York, NY 10020-2457 | |

Counsel for GSK:

Geoffrey E. Hobart, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Counsel for Roche:

Patricia A. Barbieri, Esq.
Hoffman La-Roche, Inc.
340 Kingsland St.
Nutley, NJ 07110-1199

                            By:    _s/ SHANNON KELLEY_____
                                     Shannon Kelley
                                     Assistant U.S. Attorney