UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | * | |
| ex. rel. CHERYL D. ECKARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10375-JLT |
| | * | |
| SMITHKLINEBEECHAM CORP. | * | |
| D/B/A GLAXOSMITHKLINE, | * | |
| SB PHARMCO PUERTO RICO, INC., | * | |
| GLAXOSMITHKLINE PUERTO | * | |
| RICO, INC., | * | |
| and HOFFMAN -LA ROCHE, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

August 29, 2007

TAURO, J.

This court hereby orders that:

1.  The United States' Assented to Application for a Stay of Civil Proceedings [#35] is ALLOWED. The case is stayed for 120 days.

2.  The relator shall serve the complaint no later than September 12, 2007.

    Defendants may answer after the stay has been lifted.

3.  A further conference shall be held on January 10, 2008 at 2:15 pm.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge