AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The    District of    Massachusetts

UNITED STATES OF AMERICA, et al.

V.

SMITHKLINEBEECHAM CORP., d/b/a, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    04CV10375-JLT

TO: (Name and address of Defendant)

SB PHARMCO PUERTO RICO, INC.
c/o Geoffrey E. Hobart, Esq.
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, D.C. 20004-2401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lesley Ann Skillen, Esquire
Neil V. Getnick, Esquire
Getnick & Getnick
Rockefeller Center
620 Fifth Avenue
New York, NY 10020

*in accordance with the stay order issued by Judge Joseph Tauro dated 8/29/07.

an answer to the *Second Amended complaint which is served on you with this summons/~~within~~ ~~days after service~~ ~~of this summons on you, exclusive of the day of service.~~ *If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



SEP 07 2007

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and *Second Amended complaint was made by me<sup>(1)</sup> | DATE September 10, 2007 |
| NAME OF SERVER (PRINT) Richard J. Dircks | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by Federal Express, pursuant to authorization and agreement, to Geoffrey E. Hobart, Esq., Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004-2401.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/13/07
             Date                    Signature of Server

Getnick & Getnick
Address of Server

Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457

Sworn to before me this 13th day of September, 2007

DENISE E. WARD
Notary Public, State of New York
No. 01WA6051124
Qualified in Westchester County
Commission Expires 11-20-20 10

September 13, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.