AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The _____   District of   Massachusetts

UNITED STATES OF AMERICA, et al.

V.

**SUMMONS IN A CIVIL ACTION**

SMITHKLINEBEECHAM CORP., d/b/a, et al.

CASE NUMBER: 04CV10375-JLT

TO: (Name and address of Defendant)
HOFFMAN LA-ROCHE, INC.
340 Kingsland Street
Nutley, NJ 07110-1199

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lesley Ann Skillen, Esquire
Neil V. Getnick, Esquire
Getnick & Getnick
Rockefeller Center
620 Fifth Avenue
New York, NY 10020

*in accordance with the stay order
issued by Judge Joseph Tauro on 8/29/07.

*Second Amended
an answer to the complaint which is served on you with this summons, ~~within XXXXXXXXXXXXXXXXXXXX days after service of this summons on you, exclusive of the day of service~~. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

SEP 07 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and *Second Amended complaint was made by me* | DATE September 10, 2007 |
| NAME OF SERVER *(PRINT)* Erskine Rivers | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by delivering in hand to Jane Y. C. Mathews, Senior Counsel and Managing Attorney, at Hoffmann-La Roche, Inc., 340 Kingsland Street, Nutley, N.J. 07110-1199.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/10/07
  Date

*Signature of Server*

Hawthorne Investigations & Security
*Address of Server*
265 Jericho Turnpike
Floral Park, NY 11001

Sworn to before me this 10th day of September, 2007

DENISE E. WARD
Notary Public, State of New York
No. 01WA6051124
Qualified in Westchester County
Commission Expires 11-20-2010

September 10, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.