UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. )<br>ex rel. CHERYL D. ECKARD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SMITHKLINEBEECHAM CORP. )<br>D/B/A GLAXOSMITHKLINE, )<br>SB PHARMCO PUERTO RICO, INC., )<br>GLAXOSMITHKLINE PUERTO RICO, INC., )<br>and HOFFMAN -LA ROCHE, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV-10375-JLT |

**ASSENTED TO MOTION TO CONTINUE
STATUS CONFERENCE AND STAY**

Defendant, SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), by and through its attorneys, and with the assent of the United States and Relator Cheryl D. Eckard, respectfully submits this Assented-to Motion to Continue Status Conference and Stay to January 31, 2008 at 2:15 p.m.

On August 29, 2007, this Court granted GSK's Assented to Application for Stay of Civil Proceedings for 120 days. Due to a scheduling conflict, GSK, with the assent of the United States and the Relator, respectfully requests a brief continuance of the status conference and stay until January 31, 2008.

Respectfully submitted,

SMITHKLINE BEECHAM CORPORATION
d/b/a/ GLAXOSMITHKLINE

- 2 -

                        By:  /s/ Geoffrey E. Hobart____
                        Geoffrey E. Hobart (BBO #547499)
                        Matthew J. O'Connor (BBO #631259)
                        Covington & Burling LLP
                        1201 Pennsylvania Avenue, NW
                        Washington, DC 20004
                        202-662-5281

Dated:  January 4, 2008

## Certificate of Service

    I, Geoffrey E. Hobart, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        ____/S/ Geoffrey E. Hobart_____