UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. ex. rel. CHERYL D. ECKARD, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 04-10375-JLT |
| SMITHKLINEBEECHAM CORP. D/B/A GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC., GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN -LA ROCHE, INC., | * * * * * * * | |
| Defendants. | * | |

ORDER

January 31, 2008

TAURO, J.

After a Status Conference held on January 31, 2008, this court hereby orders that:

1. The United States' Motion to Extend Stay, raised orally in open court, is DENIED.

2. The Defendants shall file an answer, or other responsive pleading, by May 5, 2008.

3. Parties may continue their informal fact-finding.

4. There will be no formal discovery without further order of the court. But the parties may request formal discovery by filing a motion with this court.

5.A Further Conference shall be held on June 9, 2008 at 2:15 pm.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge