UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br>ex rel. CHERYL D. ECKARD<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINEBEECHAM CORP.<br>D/B/A GLAXOSMITHKLINE,<br>SB PHARMCO PUERTO RICO, INC.,<br>GLAXOSMITHKLINE PUERTO RICO, INC.,<br>and HOFFMAN -LA ROCHE, INC.,<br><br>Defendants. | Civil Action No. 04-CV-10375-JLT |

**JOINT MOTION FOR BRIEF ENLARGEMENT OF TIME**

     Relator Cheryl D. Eckard and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., GlaxoSmithKline Puerto Rico, Inc., and Hoffman-La Roche, Inc., ("Defendants"), by and through their attorneys, with the assent of the United States, jointly move to enlarge the time in which Defendants shall have to file their responsive pleading from May 5, 2008, to a date to be determined at the status conference presently scheduled for June 9, 2008. As grounds for this motion, the parties state as follows:

     Currently, the parties and the United States are in discussions concerning proposals to address the concerns raised by the Court, including potential intervention by the United States in this case pursuant to 31 U.S.C. § 3730(b)(4)(A), and related proposals that would conserve the resources of the parties and the court. The parties expect to be in a position to present the details

of these proposals to the Court at the June 9 status conference. If acceptable to the Court, the proposals under discussion would obviate the need to litigate a motion to dismiss.

Alternatively, the parties will be prepared to propose a complete briefing schedule for Defendants' motion to dismiss at the June 9 status conference.

WHEREFORE, the parties respectfully request that the Court enlarge the time in which Defendants shall have to file their responsive pleading to a date to be determined at the status conference presently scheduled for June 9, 2008.

Dated: April 22, 2008

Respectfully submitted,

UNITED STATES OF AMERICA, ET AL.
ex rel. CHERYL D. ECKARD

By: /s/ Neil V. Getnick
Neil V. Getnick (9864)
Lesley Ann Skillen (5156)
GETNICK & GETNICK
Rockefeller Center
620 Fifth Avenue
New York, NY 100020
212-376-5666


SMITHKLINE BEECHAM CORPORATION
d/b/a/ GLAXOSMITHKLINE
SB PHARMCO PUERTO RICO, INC.
GLAXOSMITHKLINE PUERTO RICO, INC.
HOFFMAN -LA ROCHE, INC.

By: /s/ Geoffrey E. Hobart
Geoffrey E. Hobart (BBO #547499)
Matthew J. O'Connor (BBO #631259)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
202-662-5281

**CERTIFICATE OF SERVICE**

      I, Geoffrey E. Hobart, Esq., counsel for Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, hereby certify that, on April 22, 2008, I caused copies of this pleading to be served electronically on Lesley Ann Skillen, Esq., and Assistant United States Attorney Sara Bloom, registered participants as identified on the Notice of Electronic Filing (NEF), by filing this document through the ECF system.

                                                 /s/ Geoffrey E. Hobart