UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex. rel. CHERYL D. ECKARD, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINEBEECHAM CORPORATION D/B/A/ GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC., GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN LA-ROCHE, INC., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 04-10375-JLT <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR BRIEF ENLARGEMENT OF TIME

April ___, 2008

TAURO, J.

Upon consideration of the Joint Motion For Brief Enlargement of Time made by Relator Cheryl D. Eckard and Defendants SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., GlaxoSmithKline Puerto Rico, Inc., and Hoffman-La Roche, Inc., with the assent of the United States, it is hereby ORDERED that said Motion is GRANTED and that the time in which Defendants shall have to file their responsive pleading is hereby enlarged from May 5, 2008, to a date to be determined at the status conference presently scheduled for June 9, 2008.

IT IS SO ORDERED.

_____
U.S.D.J. Joseph L. Tauro