# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ex rel. CHERYL D. ECKARD,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>SMITHKLINE BEECHAM CORP.<br>D/B/A GLAXOSMITHKLINE,<br>SB PHARMCO PUERTO RICO, INC.<br>GLAXOSMITHKLINE PUERTO RICO,<br>INC., and HOFFMAN LA-ROCHE, INC.,  )<br><br>Defendants.  ) | Civil Action No. 04-CV-10375-JLT<br><br>The Honorable Joseph L. Tauro |

## NOTICE OF ENTRY OF APPEARANCE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Geoffrey E. Hobart of Covington & Burling LLP, 1201 Pennsylvania Avenue, NW, Washington, D.C., 20004, as counsel for the following defendants: SmithKline Beecham Corp. d/b/a GlaxoSmithKline; SB Pharmco Puerto Rico, Inc.; GlaxoSmithKline Puerto Rico, Inc.; and Hoffman La-Roche, Inc.  I hereby certify that I am admitted to practice in this Court.

                                                                                     Respectfully submitted,

Dated: May 21, 2008                     By: /s/ Geoffrey E. Hobart
                                                            Geoffrey E. Hobart

                                                                           Geoffrey E. Hobart (BBO# 547499)
                                                                            Matthew J. O'Connor (BBO# 631259)
                                                                            Mona M. Patel (BBO# 641007)
                                                                            COVINGTON & BURLING LLP
                                                                            1201 Pennsylvania Avenue, NW
                                                                            Washington, DC  20004
                                                                            Tel: 202.662.6000
                                                                            Fax: 202.662.6291

                                                                            *Attorneys for SmithKline Beecham Corporation*
                                                                            *d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico,*
                                                                            *Inc., GlaxoSmithKline Puerto Rico, Inc., and*
                                                                            *Hoffman La-Roche, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to Neil Getnick, Esq., and Assistant United States Attorney Sara Bloom, registered participants as identified on the Notice of Electronic Filing (NEF), by filing this document through the ECF system on May 21, 2008.

                                  /s/ Geoffrey E. Hobart  
                                  Geoffrey E. Hobart (BBO# 547499)  
                                  COVINGTON & BURLING LLP  
                                  1201 Pennsylvania Avenue, NW  
                                  Washington, DC  20004-2401  
                                  Phone: 202.662.6000