# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ex rel. CHERYL D. ECKARD, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORP. D/B/A GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC. GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN LA-ROCHE, INC., <br><br> Defendants. | Civil Action No. 04-CV-10375-JLT <br><br> The Honorable Joseph L. Tauro |

## NOTICE OF ENTRY OF APPEARANCE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Matthew J. O'Connor of Covington & Burling LLP, 1201 Pennsylvania Avenue, NW, Washington, D.C., 20004 as counsel for the following defendants: SmithKline Beecham Corp. d/b/a GlaxoSmithKline; SB Pharmco Puerto Rico, Inc.; GlaxoSmithKline Puerto Rico, Inc.; and Hoffman La-Roche, Inc. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated: May 21, 2008                    By: /s/ Matthew J. O'Connor
        Geoffrey E. Hobart (BBO# 547499)
        Matthew J. O'Connor (BBO# 631259)
        Mona M. Patel (BBO# 641007)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, NW
        Washington, DC 20004
        Tel: 202.662.6000
        Fax: 202.662.6291

*Attorneys for SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., GlaxoSmithKline Puerto Rico, Inc., and Hoffman La-Roche, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to Neil Getnick, Esq., and Assistant United States Attorney Sara Bloom, registered participants as identified on the Notice of Electronic Filing (NEF), by filing this document through the ECF system on May 21, 2008.

/s/ Matthew J. O'Connor
Matthew J. O'Connor (BBO# 631259)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Phone: 202.662.6000