# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| 1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004-2401<br>TEL 202.662.6000<br>FAX 202.662.6291<br>WWW.COV.COM | BRUSSELS<br>LONDON<br>NEW YORK<br>SAN FRANCISCO<br>WASHINGTON | GEOFFREY E. HOBART<br>TEL 202.662.5281<br>FAX 202.778.5281<br>GHOBART @ COV.COM |

May 21, 2008

Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

      Re:    *United States of America, et al., ex rel. Cheryl D. Eckard v. SmithKline Beecham, Corp, et al.*, Civil Action No. 04-CV-10375-JLT

Dear Judge Tauro:

      The Defendants SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., GlaxoSmithKline Puerto Rico, Inc., and Hoffmann-La Roche, Inc. have prepared a Motion to Dismiss and are in a position to file it today pursuant to the Court's April 25, 2008 Order. The Defendants are still in the process of meeting and conferring with relator's counsel regarding the potential narrowing of issues raised in the motion. Subject to the Court's approval, the parties, therefore, jointly propose that, instead of filing the motion today, the Defendants will provide the motion in draft form to relator's counsel, thereby allowing the parties to continue those discussions, while relator's counsel begins to prepare its response. The Defendants would then, together with relator's counsel, report to the Court on our progress at the upcoming June 9, 2008 status conference, ready, if necessary, to file the motion in its current or narrowed form, along with the setting of a briefing schedule.

      Regards,

      /s/ Geoffrey E. Hobart

      Geoffrey E. Hobart

APPROVED:

_____    Dated: _____
Hon. Joseph L. Tauro

DC: 2832876-1