UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. CHERYL D. ECKERD, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 04-10375-JLT |
| GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC., ET AL., | * * * | |
| Defendants. | * | |

<u>ORDER</u>

June 10, 2008

TAURO, J.

    After a Further Conference held on June 9, 2008, this court hereby orders:

1. As requested, the Parties shall have additional time to confer regarding (1) amendments to Plaintiff-Relator's Complaint; and (2) narrowing the issues in contemplated dispositive motions.

2. Any Amended Complaint or related dispositive motions shall be filed by September 15, 2008.

3. The Parties shall commence the first round of discovery in this action. Specifically, Defendants shall produce the documents referred to in open court to Plaintiff-Relator by July 9, 2008. No extensions will be granted.

4. In furtherance of this document discovery, the Parties shall confer and file a Joint Proposed Protective Order by June 20, 2008.

5. A separate Rule 26 Order shall issue.

6. No further discovery shall be permitted without leave of this court.

7. A Further Conference shall be held October 2, 2008 at 2:15 p.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge