**Getnick & Getnick**
Counsellors at Law
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
--
(212)376-5666 (Telephone)
(212) 292-3942 (Telefax)
e-mail: info@getnicklaw.com
www.getnicklaw.com

June 19, 2008

VIA CM / ECF

Ms. Zita Lovett
Deputy Clerk to Hon. Joseph L. Tauro
District of Massachusetts
One Courthouse Way
Boston, MA 02210

      Re:    <u>United States, et al. ex rel. Eckard v. SmithKline Beecham, Corp., et al.</u>,
            Civil Action No. 04-CV-10375 (JLT)

Dear Ms. Lovett:

     Getnick & Getnick represents qui tam plaintiff / relator Cheryl D. Eckard in the above-referenced matter. I am writing to confirm our telephone conversation earlier today, my having first conferred with counsel for defendants and speaking on behalf of all parties. As per that discussion, the date by which the parties shall confer and file a Joint Proposed Protective Order is extended from Friday, June 20, 2008, to Friday, June 27, 2008.

                         Yours truly,

                         GETNICK & GETNICK

                         By:  /s/ Neil V. Getnick
                              _____
                              Neil V. Getnick