UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL. ex rel. CHERYL D. ECKARD,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINEBEECHAM CORP. d/b/a GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC., GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN-LA ROCHE, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-CV-10375-JLT |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

The parties in the above-captioned matter, by and through their attorneys, jointly move to enlarge the time in which the parties shall have to confer and file a Joint Proposed Protective Order up to and including July 7, 2008. As grounds for this motion, the parties state as follows:

1. By Order dated June 10, 2008, the Court directed the parties to "confer and file a Joint Proposed Protective Order by June 20, 2008." GSK provided the plaintiff with a draft protective order on June 17, 2008. In order to allow additional time for the plaintiff to consider GSK's draft, the Court extended the deadline to June 27, 2008.

2. On June 26, 2008, the plaintiff provided GSK with a revised draft protective order for discussion. Subsequently, on that date, the parties conducted a meet and confer conference. At the conclusion of this conference, the parties agreed that additional time was necessary to complete the discussions and finalize the Joint Proposed Protective Order.

3.      The extension that the parties are requesting will not affect the July 9th deadline for exchanging documents contained in the Court's June 10, 2008 Order.

WHEREFORE, the parties respectfully request that the Court enlarge the time in which the parties shall have to confer and file a Joint Proposed Protective Order up to and including July 7, 2008.

Dated:  June 27, 2008            Respectfully submitted,

UNITED STATES OF AMERICA, ET AL.
ex rel. CHERYL D. ECKARD


By:  /s/  Neil V. Getnick
Neil V. Getnick (9864)
Lesley Ann Skillen (5156)
GETNICK & GETNICK
Rockefeller Center
620 Fifth Avenue
New York, NY 100020
212-376-5666


SMITHKLINE BEECHAM CORPORATION
d/b/a/ GLAXOSMITHKLINE, SB PHARMCO
PUERTO RICO, INC., GLAXOSMITHKLINE
PUERTO RICO, INC. and HOFFMAN-LA
ROCHE, INC.


By:  /s/ Geoffrey E. Hobart
Geoffrey E. Hobart (BBO #547499)
Matthew J. O'Connor (BBO #631259)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
202-662-5281

## **CERTIFICATE OF SERVICE**

    I, Geoffrey E. Hobart, Esq., counsel for Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, hereby certify that, on June 27, 2008, I caused copies of this pleading to be served electronically on Neil V. Getnick, Esq., and Assistant United States Attorney Sara Bloom, registered participants as identified on the Notice of Electronic Filing (NEF), by filing this document through the ECF system.

                                                /s/ Geoffrey E. Hobart