**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. CHERYL D. ECKARD, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-CV-10375-JLT |
| v. | ) ) ) | |
| SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC. GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN-LA ROCHE, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**HOFFMAN-LA ROCHE, INC.'S ASSENTED TO MOTION FOR AN
EXTENSION OF TIME TO COMPLY WITH THE
JUNE 12, 2008 DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Hoffman-La Roche, Inc. ("Roche") respectfully requests an extension of the Court's July 9, 2008 deadline to comply with the Court's June 12, 2008 Discovery Order ("Discovery Order"). Plaintiff-Relator and the other defendants have assented to this extension. In support of this request, Roche states as follows:

1. As stated during the June 9, 2008 status conference, the parties continue to discuss Roche's role in this litigation and whether Roche will be dismissed as a defendant and/or whether Plaintiff-Relator will seek to file an amended complaint.

2. An extension of the deadline for complying with the Discovery Order will permit the parties to continue their discussions concerning Roche without requiring Roche to incur expenses associated with discovery that may ultimately be unnecessary to the resolution of the litigation.

3. The Discovery Order sets a September 19, 2008 deadline for notification of the Court as to the existence of any pending motions.

4. Given the parties' ongoing discussions concerning Roche and the Court's deadline concerning pending motions, Roche respectfully requests an extension to October 17, 2008 to comply with the Discovery Order. This extension will allow the parties sufficient time to conclude their discussions while allowing Roche adequate time to comply with the Discovery Order in the event that Roche remains a defendant as of the date by which the parties must inform the Court of pending motions.

5. This extension will not result in delay of the disclosures of any other party pursuant to the Discovery Order.

6. Plaintiff-Relator and the other defendants have assented to this extension.

WHEREFORE, Roche respectfully requests that the Court enter the proposed Order for an extension of time until October 17, 2008 for Roche to comply with the Discovery Order.

Respectfully submitted,

Dated: July 9, 2008

By: /s/ Matthew J. O'Connor
Geoffrey E. Hobart (BBO #547499)
Matthew J. O'Connor (BBO #631259)
Mona M. Patel (BBO #641007)
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 662-6000
Fax: (202) 662-6291

*Attorneys for Hoffman-La Roche, Inc., SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., and GlaxoSmithKline Puerto Rico, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. CHERYL D. ECKARD, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 04-CV-10375-JLT |
| v. ) ) | |
| SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC. GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN-LA ROCHE, INC., ) ) ) ) ) ) | |
| Defendants. ) ) | |

## SCHEDULING ORDER

Upon consideration of Defendant Hoffman-La Roche, Inc.'s Assented to Motion for an Extension of Time to Comply with the Court's June 12, 2008 Discovery Order, IT IS HEREBY ORDERED that the Motion is GRANTED. On or before October 17, 2008, Hoffman-La Roche will comply with the Court's Discovery Order dated June 12, 2008, unless it is no longer a party to this litigation.

_____
The Honorable Joseph L. Tauro

Dated: _____

**CERTIFICATE OF SERVICE**

      I, Matthew J. O'Connor, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Matthew J. O'Connor
Matthew J. O'Connor (BBO# 631259)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
Phone: (202) 662-6000