**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. CHERYL D. ECKARD, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC. GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN-LA ROCHE, INC., <br><br> Defendants. | Civil Action No. 04-CV-10375-JLT |

## SCHEDULING ORDER

Upon consideration of Defendant Hoffman-La Roche, Inc.'s Assented to Motion for an

Extension of Time to Comply with the Court's June 12, 2008 Discovery Order, IT IS HEREBY

ORDERED that the Motion is GRANTED. On or before October 17, 2008, Hoffman-La Roche

will comply with the Court's Discovery Order dated June 12, 2008, unless it is no longer a party

to this litigation.

_____
The Honorable Joseph L. Tauro

Dated: ___7/21/08___