**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. CHERYL D. ECKARD, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-CV-10375-JLT |
| v. | ) ) ) | |
| SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC., GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN-LA ROCHE, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT OR DISPOSITIVE MOTIONS AND FOR HOFFMAN-LA ROCHE, INC. TO COMPLY WITH THE COURT'S DISCOVERY ORDER**

The parties in the above-captioned matter, through their counsel of record, respectfully move that the Court enter the attached proposed order to (i) extend to October 17, 2008 the current deadline for filing an Amended Complaint or related dispositive motions, (ii) adjourn to November 6, 2008 the court conference currently scheduled for October 2, 2008, and (iii) extend to November 17, 2008 the deadline for compliance of Hoffman-La Roche, Inc. ("Roche") with the Court's June 12, 2008 Discovery Order. As grounds for this joint motion, the parties state as follows:

1. The Court's June 10, 2008 Order ("Order") established a deadline of September 15, 2008 for filing any amended complaint or related dispositive motions.

2. The Court's Order provided that a further conference shall be held on October 2, 2008 at 2:15 p.m.

3. Prior to the Court's Order, and consistent with an earlier order of the Court, on May 21, 2008, Defendants served upon Plaintiff-Relator, but did not file with the Court, Defendants' Motion to Dismiss Plaintiff-Relator's Second Amended Complaint.

4. As contemplated in the Order, since the June 9, 2008 status conference, counsel for Defendants and Plaintiff-Relator have conferred on several occasions to discuss narrowing the scope and complexity of this litigation.  As a result of these discussions, Plaintiff-Relator is finalizing a draft Third Amended Complaint, which Plaintiff-Relator intends to share with Defendants prior to filing with the Court.

5. The parties anticipate that the Third Amended Complaint could narrow the scope of the litigation  because it may (a) narrow Plaintiff-Relator's claims; (b) narrow the parties involved in this action by possibly eliminating Roche as a defendant; and (c) otherwise narrow the scope of, or possibly eliminate the need for, a Motion to Dismiss.

6. Additional time beyond the current September 15, 2008 deadline for the filing of the Third Amended Complaint is needed to permit Plaintiff-Relator's counsel to finalize a draft of the amendment, to allow the parties time to discuss if the proposed amendment meets the parties' goals of streamlining the litigation, and, if necessary, discuss how the amendment could be further refined to meet the parties' goals.  In light of the parties' objectives for considering a Third Amended Complaint, the extension sought is supported by the interests of judicial economy and efficiency.

7. Although the parties have engaged in ongoing discussions to narrow the scope of the litigation, they have also engaged in extensive discovery activities. In accordance with the Order as well as the Court's June 12, 2008 Order, the following discovery-related activities have been completed:

   a. the parties have negotiated and agreed to the joint protective order entered by the Court July 21, 2008;

   b. Defendants SmithKline Beecham Corp., d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., GlaxoSmithKline Puerto Rico, Inc. (collectively, "GSK") have produced documents previously produced to the government;

   c. Plaintiff-Relator has produced relevant documents; and

   d. Plaintiff-Relator and GSK have exchanged and reviewed additional documents, including documents described in Local Rules 26.2 (a) and 26.1 (b), and a list of potential deponents.

8. Pursuant to the Court's July 21, 2008 Scheduling Order, Roche must comply with the Court's June 12, 2008 Discovery Order by October 17, 2008. If the Court grants the extension of time to file an Amended Complaint or dispositive motion requested in the current motion, Roche respectfully requests an extension to November 17, 2008 to comply with the Discovery Order. This extension will allow the parties sufficient time to conclude their discussions concerning the Third Amended Complaint while allowing Roche adequate time to comply with the Discovery Order in the event that Roche remains a defendant in this matter.

9. The United States assents to this motion.

WHEREFORE, Defendants and Plaintiff-Relator respectfully request that the Court enter the proposed Order to (i) extend to October 17, 2008 the current deadline for filing an Amended Complaint or related dispositive motions, (ii) adjourn to November 6, 2008 the court conference currently scheduled for October 2, 2008, and (iii) extend to November 17, 2008 the deadline for compliance of Roche with the Court's June 12, 2008 Discovery Order.

          Respectfully submitted,

Dated:  September 4, 2008

By:  /s/ Matthew J. O'Connor
Geoffrey E. Hobart (BBO #547499)
Matthew J. O'Connor (BBO #631259)
Mona M. Patel (BBO #641007)
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone:  (202) 662-6000
Fax:  (202) 662-6291

*Attorneys for Hoffman-La Roche, Inc., SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., and GlaxoSmithKline Puerto Rico, Inc.*

Dated:  September 4, 2008

By:  /s/ Neil Getnick
GETNICK & GETNICK
Rockefeller Center
620 Fifth Avenue
New York, New York 10020
Phone:  (212) 376-5666

*Attorney for Plaintiff/Relator Cheryl D. Eckard*

Dated:  September 4, 2008

By:  /s/ Scott J. Tucker
TUCKER, HEIFETZ & SALTZMAN, LLP
100 Franklin Street
Suite 801
Boston, Massachusetts  02110
Phone:  (617) 557-9696

*Local Counsel for Plaintiff/Relator Cheryl D. Eckard*

## CERTIFICATE OF SERVICE

  I, Matthew J. O'Connor, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Matthew J. O'Connor
Matthew J. O'Connor (BBO# 631259)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
Phone: (202) 662-6000