IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. CHERYL D. ECKARD, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC., GLAXOSMITHKLINE PUERTO RICO, INC., and HOFFMAN-LA ROCHE, INC., <br><br> Defendants. | Civil Action No. 04-CV-10375-JLT |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion for an Extension of Time to File an Amended Complaint or Dispositive Motions and for Hoffman-La Roche, Inc. to Comply with the Court's Discovery Order, IT IS HEREBY ORDERED that the Motion is GRANTED.

1. Any Amended Complaint or related dispositive motions shall be filed by October 17, 2008.

2. A further conference shall be held on November 6, 2008 at _____ a.m. / p.m.

3. On or before November 17, 2008, Hoffman-LaRoche, Inc. will comply with the Court's Discovery Order dated June 12, 2008, unless it is no longer a party to this litigation.

_____
The Honorable Joseph L. Tauro

Dated: _____