```
 1                      UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS
 2
    * * * * * * * * * * * * * * *
 3  UNITED STATES OF AMERICA    *
                                *
 4            vs.               *       CIVIL ACTION
                                *       No. 04-10375-JLT
 5  GLAXOSMITHKLINE             *
    HOLDINGS (AMERICAS) INC.,   *
 6  et al                       *
                                *
 7  * * * * * * * * * * * * * * *

 8          BEFORE THE HONORABLE JOSEPH L. TAURO
                  UNITED STATES DISTRICT JUDGE
 9                     STATUS CONFERENCE

10  A P P E A R A N C E S

11          OFFICE OF THE UNITED STATES ATTORNEY
            1 Courthouse Way, Suite 9200
12          Boston, Massachusetts 02210
            for the United States
13          By:  Shannon Kelley, AUSA

14
            GETNICK & GETNICK
15          Rockefeller Center
            620 Fifth Avenue
16          New York, New York 10020-2457
            for the relator Cheryl D. Eckard
17          By:  Neil V. Getnick, Esq.
                 Lesley A. Skillen, Esq.
18

19
                                    Courtroom No. 22
20                                  John J. Moakley Courthouse
                                    1 Courthouse Way
21                                  Boston, Massachusetts 02210
                                    May 27, 2010
22                                  2:20 p.m.

23

24

25
```

1  **APPEARANCES, CONTINUED**

2

3          TUCKER, HEIFETZ & SALTZMAN, LLP
           100 Franklin Street, Suite 801
4          Boston, Massachusetts 02110
           for the relator Cheryl D. Eckard
5          By: Scott J. Tucker, Esq.

6

           COVINGTON & BURLING
7          1201 Pennsylvania Avenue, NW
           Washington, D.C. 20004-2401
8          for the defendants
           By: Geoffrey E. Hobart, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22              CAROL LYNN SCOTT, CSR, RMR
                  Official Court Reporter
23            One Courthouse Way, Suite 7204
               Boston, Massachusetts 02210
24                    (617) 330-1377

25

```
 1                        P R O C E E D I N G S
 2            THE CLERK:  This is Civil Action No. 04-10375,
 3   United States of America, et al versus GlaxoSmithKline.
 4            Counsel please identify themselves for the record.
 5            MS. KELLEY:  Shannon Kelley for the United States,
 6   Your Honor.
 7            MR. GETNICK:  Neil Getnick and Lesley Skillen of
 8   Getnick & Getnick and Scott Tucker, Tucker, Heifetz, for the
 9   relator.
10            MR. HOBART:  Geoffrey Hobart for GlaxoSmithKline.
11            THE COURT:  Okay.  We are going to make this quick.
12   The last -- I don't have -- it is going to be even quicker
13   than I meant.
14            (Whereupon, the Court and the Clerk conferred.)
15            THE COURT:  Okay.  Zita is straightening me out.
16   Now I am going to straighten you out, I hope.
17            (Laughter.)
18            THE COURT:  The last time you were in, I don't have
19   the memo -- oh, here it is.
20            My order of February 24, Draconian in tone, made it
21   very clear that if you are not going to report a settlement
22   on April 15, 2010 at 2:15, we are going to schedule a trial.
23            MS. KELLEY:  Your Honor, if I may, after a lot of
24   hard work, the parties have reached agreement as to a dollar
25   amount for the settlement.
```

1       The government is prepared to recommend that amount
2  to the Department of Justice and seek authorization through
3  Washington.
4       That said, we have a lot of issues to work through
5  beyond the dollar amount, including approvals from the
6  states as well as approval from the federal agencies with
7  health care programs affected as well as --
8       **THE COURT:**  It is easier to try the case and get a
9  judgment; isn't it?
10      (Laughter.)
11      **MS. KELLEY:**  It involved a lot of hard work and
12 effort to get to the number, Your Honor.
13      **THE COURT:**  I understand; but, I mean, I am being
14 very serious.  You have to touch all these bases; but if I.
15      Bring you in here for a jury trial, when the jury
16 trial is over -- it is a jury trial I take it, not a bench
17 trial?
18      **MR. GETNICK:**  That's correct.
19      **MS. KELLEY:**  That's correct.
20      **THE COURT:**  Yes.  The jury speaks, that is it.  And
21 it is over, right?  You don't have to call anybody up.
22      **MS. KELLEY:**  The parties went through a lot of work
23 to get to the number, Your Honor, and we are confident that
24 we can get the appropriate authority --
25      **THE COURT:**  But you are not going to wrap this case

```
 1   up for another year, with all the places that you have to
 2   contact; right?
 3            MS. KELLEY:  I would not -- and the other parties
 4   can correct me if I'm wrong -- but we're going to work our
 5   hardest to resolve this as fast as possible.  That said --
 6            THE COURT:  You have nothing to worry about as far
 7   as my judgment as to your working hard and your capacity and
 8   all that.  That is not an issue.
 9            You have got a lot of bases to touch.  It is going
10   to take a long time.
11            How long is it going to take?
12            MS. KELLEY:  We are prepared to ask for today a
13   period of 90 days to try to ascertain our preliminary
14   approvals and report back on our progress in 90 days.
15            THE COURT:  And then, my question is how long
16   before this case is finally put to bed if everything goes
17   the way you want it to go?
18            MS. KELLEY:  Confident --
19            MR. HOBART:  I have been through this several
20   times, Your Honor.  I think before the end of the year is at
21   the outside.  It won't take a year.  It will take five to
22   seven months is my prediction.  It could take less.
23            MR. GETNICK:  I think it should take less and I
24   just want to point that out.
25            And by saying the end of the year is the outside, I
```

1   think that is very realistic.  We should attempt to do
2   better than that but in no way, shape or form should we see
3   ourselves going over that.
4           **THE COURT:**  All right.  This is now what, May?
5   Give them a trial date in November.
6           **MR. GETNICK:**  That said, Your Honor --
7           **THE COURT:**  How long will it take to try this case?
8           (Pause in proceedings.)
9           **MR. GETNICK:**  That is an interesting question.
10          **THE COURT:**  Was your response to me that is a good
11  question?
12          **MR. GETNICK:**  Well, I said it's an interesting
13  question, yes.
14          **THE COURT:**  Well, I have to ask that question in
15  all cases.
16          **MR. GETNICK:**  I know.  I think it is a fair point
17  and I think the answer to that in terms of the relator's
18  case is that it would take six weeks to put on that case.
19          **THE COURT:**  Which is your case?
20          **MR. GETNICK:**  Correct.
21          **THE COURT:**  All right.  So that is what it takes.
22  We will give you a date in November.
23          **MR. GETNICK:**  That said, I think that Ms. Kelley
24  made a very helpful suggestion to the Court and that is for
25  us to come back in three months time to report as to where

1   we stand.  I think that would be helpful.
2           **THE COURT:**  Well, if the report today is that it
3   should be settled by the end of the year, me giving you a
4   trial date just keeps you on that schedule.  It just means
5   that you didn't make it by the end of the year.
6           Why come back in 90 days and then you are going to
7   ask me for another 90 days?
8           **MR. GETNICK:**  Well, I'm not suggesting that we not
9   keep that trial date.  I think that trial date is essential
10  but it might be helpful to us to make an appearance in
11  between.
12          **THE COURT:**  Oh, we will have a pretrial conference
13  before then.  Absolutely.
14          **THE CLERK:**  Okay, Judge.  Trial, November 1st,
15  2010.
16          (Whereupon, the Court and the Clerk conferred.)
17          **THE CLERK:**  And final pretrial September 7th.
18          **MR. GETNICK:**  When is that in relation to Labor
19  Day?
20          **THE CLERK:**  It is the next day.
21          **MR. GETNICK:**  Is it possible to do it a few days
22  after that?
23          **THE CLERK:**  Sure.
24          **MR. GETNICK:**  Because I'm relocating my office on
25  that day.

```
 1              THE CLERK:  September 14th at 2:15.
 2              MR. GETNICK:  That would be excellent.  Thank you.
 3              THE COURT:  Okay.  Is that it?
 4              MR. HOBART:  We'll get it done before then, Your
 5     Honor.
 6              THE COURT:  I hope you will.  And I don't mean to
 7     be tough but, you know, this case will be here long after
 8     even you people retire.
 9              (Laughter.)
10              MR. GETNICK:  Your Honor, tough is good.  Thank
11     you.
12              THE COURT:  All right.
13              MS. KELLEY:  Thank you, Your Honor.
14              THE COURT:  All right.  Thank you.
15
16              (WHEREUPON, the proceedings were recessed at 2:30
17              p.m.)
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, Carol Lynn Scott, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.


/S/CAROL LYNN SCOTT

_____

CAROL LYNN SCOTT
Official Court Reporter
John J. Moakley Courthouse
1 Courthouse Way, Suite 7204
Boston, Massachusetts 02210
(617) 330-1377


**DATE: June 7, 2010**