UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL.<br>ex rel. CHERYL D. ECKARD<br><br>          Plaintiff,<br><br>               v.<br><br>SMITHKLINE BEECHAM CORP.,<br>dba GLAXOSMITHKLINE,<br>SB PHARMCO PUERTO RICO, INC., and<br>GLAXOSMITHKLINE<br>PUERTO RICO, Inc,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-CV–10375-JLT |

## UNITED STATES NOTICE OF INTERVENTION
## FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4) and consistent with the terms and conditions of a Settlement Agreement entered into among the United States, GlaxoSmithKline LLC, and Relator Eckard on October 26, 2010, the United States hereby intervenes in this action for the purposes of settlement.

Consistent with the terms and conditions of the Settlement Agreement, the United States and Relator Eckard will file a Stipulation of Dismissal in this action following the payment by GlaxoSmithKline LLC of the Settlement Amount, which will not occur until after entry of a

criminal plea and sentencing under a criminal information filed this date.

                                    Respectfully submitted,

                                    TONY WEST
                                    Assistant Attorney General,
                                    Civil Division

                                    CARMEN M. ORTIZ
                                    United States Attorney

Dated: October 26, 2010              By: /s/ Shannon T. Kelley
                                    Assistant U.S. Attorney
                                    Boston U.S. Attorney's Office
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    Phone: (617) 748-3632

                                    JOYCE R. BRANDA
                                    JAMIE ANN YAVELBERG
                                    Trial Attorneys, Civil Division
                                    U.S. Department of Justice
                                    P.O. Box 261
                                    Ben Franklin Station
                                    Washington, DC 20044
                                    Phone: (202) 514-6514

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Neil Getnick, Esq., Scott J. Tucker, Esq., Geoffrey E. Hobart, Esq., and the registered participants as identified on the Notice of Electronic Filing (NEF), by filing this document through the ECF system on October 26, 2010.

/s/ Shannon T. Kelley
Assistant U.S. Attorney
BOSTON U.S. ATTORNEY'S OFFICE
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617)748-3632