**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL. <br> ex rel. CHERYL D. ECKARD <br><br> Plaintiff, <br> v. <br><br> SMITHKLINE BEECHAM CORP., dba <br> GLAXOSMITHKLINE, SB PHARMCO <br> PUERTO RICO, INC., and <br> GLAXOSMITHKLINE PUERTO RICO, Inc. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-CV-10375-JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. §§ 3730(b)(1), and consistent with the terms and conditions of the October 26, 2010 Settlement Agreement and Release in the above-captioned matter among the United States, GlaxoSmithKline LLC ("GSK"), and Relator Cheryl Eckard ("the Parties"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all claims asserted on behalf of the United States against GSK, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., and GlaxoSmithKline Puerto Rico, Inc. concerning the Covered Conduct as defined in Preamble H of the Settlement Agreement, (2) dismissing without prejudice as to the United States and with prejudice as to the Relator all other claims in the Civil Action as to GSK, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., and GlaxoSmithKline Puerto Rico, Inc., and (3) dismissing with prejudice all claims asserted

1

on behalf of the Relator under 31 U.S.C. § 3730(d). The States consent to the filing of this Stipulation of Dismissal and the dismissal of all remaining state claims in the Civil Action consistent with the terms and conditions of the settlement agreements between GSK and the States.

        Respectfully submitted,
        TONY WEST
        Assistant Attorney General,
        Civil Division

        CARMEN M. ORTIZ
        United States Attorney
        By: /s/ Shannon T. Kelley
        SHANNON T. KELLEY
        Assistant U.S. Attorney
        Boston U.S. Attorney's Office
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 01810
        Phone: (617) 748-3632
        Shannon.kelley@usdoj.gov

Dated: February 25, 2011

        JOYCE R. BRANDA
        JAMIE ANN YAVELBERG
        Trial Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 261
        Ben Franklin Station
        Washington, D.C. 20044
        Phone: (202) 514-6514

Dated: February 25, 2011

        By: /s/ Neil V. Getnick
        NEIL V. GETNICK
        LESLEY ANN SKILLEN
        GETNICK & GETNICK, LLP
        Counsel for Relator
        Rockefeller Center
        620 Fifth Avenue
        New York, New York 10020-2457
        Phone: (212) 376-5666

By: /s/ Matthew J. O'Connor
GEOFFREY E. HOBART
MATTHEW J. O'CONNOR
COVINGTON & BURLING LLP
Counsel for GSK
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: (202) 662-6000

Dated: February 25, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Neil Getnick, Esq., Scott J. Tucker, Esq., Geoffrey E. Hobart, Esq., Matthew J. O'Connor, Esq. and the registered participants as identified on the Notice of Electronic Filing (NEF), by filing this document through the ECF system on February 25, 2011.

/s/ Shannon T. Kelley
Assistant U.S. Attorney
BOSTON U.S. ATTORNEY'S OFFICE
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Phone: (617) 748-3632

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL. <u>ex</u> <u>rel</u>. CHERYL D. ECKARD<br><br>    Plaintiff,<br>    v.<br><br>SMITHKLINE BEECHAM CORP., dba GLAXOSMITHKLINE, SB PHARMCO PUERTO RICO, INC., and GLAXOSMITHKLINE PUERTO RICO, Inc.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-CV-10375-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. §§ 3730(b)(1), the United States, GlaxoSmithKline LLC ("GSK"), and Relator Cheryl Eckard ("Relator") filed a Stipulation of Dismissal. Upon due consideration of the Stipulation, and the papers on file in this Action,

IT IS HEREBY ORDERED that,

1. Consistent with the terms and conditions of the October 26, 2010, Settlement Agreement executed by the United States, GSK, and Relator (the "Settlement Agreement"), all claims asserted on behalf of the United States against GSK, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., and GlaxoSmithKline Puerto Rico, Inc. concerning the Covered Conduct, as defined in Preamble H of the Settlement Agreement, shall be dismissed with prejudice; and

2. Consistent with the terms and conditions of the Settlement Agreement, all other claims asserted on behalf of the United States as to GSK, SmithKline Beecham

Corporation d/b/a GlaxoSmithKline, SB Pharmco Puerto Rico, Inc., and GlaxoSmithKline Puerto Rico, Inc. shall be dismissed without prejudice as to the United States and with prejudice as to the Relator; and

    3.   All claims asserted on behalf of the Relator under 31 U.S.C. § 3730(d) shall be dismissed with prejudice; and

    4.   Consistent with the terms and conditions of the settlement agreements between GSK and the states, all state law claims concerning the Covered Conduct, as defined in Preamble G of the state settlement agreements, shall be dismissed with prejudice.

SO ORDERED this ___ day of _____, 2011.

_____
HON. JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE